In the Matter of JOHN CONNORS, Appellant, v. FRANK ARNOLD et al., Respondents.—

Present — Del Vecchio, J. P., Witmer, Gabrielli and Cardamone, JJ.